☐ |ORIGINAL

FILED

11/22/2024

, Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0599

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 24-0599

FLOYD THOMAS WING,

     Petitioner,

v.

JIM SALMONSEN, WARDEN,
MONTANA STATE PRISON,

     Respondent.

FILED

NOV 22 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## ORDER

Upon consideration of Respondent's motion for a 30-day extension of time, and good cause appearing therefor, Respondent is granted an extension of time to and including December 24, 2024, within which to prepare, serve, and file its response brief.

DATED this 22nd day of November, 2024.

For the Court,

_____
Chief Justice

MLP